**Gmail**

Tim Aguilar <recoveryhouston81@gmail.com>

---

## Confirmation of Your AAA Extended Warranty Coverage

2 messages

---

**supervision 3a** <supervision.3a@gmail.com>
To: recoveryhouston81@gmail.com

Wed, Jan 14, 2026 at 3:41 PM

---

Dear Mr. Timothy Aguilar,

I hope this message finds you well. It was a pleasure speaking with you earlier today, and I would like to personally thank you for choosing AAA. I am pleased to confirm that your extended vehicle warranty policy has been successfully completed.

For your convenience and future reference, please find your policy details outlined below:

Policy Number: AMR58389

Claims Department: 877-850-0443

Roadside Assistance: 877-553-0531

These dedicated service lines are available to ensure you receive prompt assistance whenever needed, whether for roadside support or claims-related inquiries.

On behalf of everyone at AAA, I would like to warmly welcome you to our family. Your decision to secure extended warranty coverage reflects a commitment to protecting your vehicle and ensuring peace of mind for you and your loved ones. It will be my personal pleasure to support you and to help safeguard your investment with the reliability, service, and security that AAA is known for.

Should you have any questions regarding your coverage, benefits, or services, please do not hesitate to contact me or our support team. We are always here to assist you and to ensure your experience with AAA exceeds expectations.

Thank you once again for placing your trust in us. We truly value your membership and look forward to serving you for many years to come.

Wishing you a wonderful day.

Warm regards,

Emily C, Operations Manager AAA



**PLAINTIFF S EXHIBIT**

Number __1__

---

**Minotaur Capital Investments LLC** <recoveryhouston81@gmail.com>
To: proselitigationtx@gmail.com

Wed, Jan 14, 2026 at 5:59 PM

Sent from my iPhone

Begin forwarded message:

**From:** supervision 3a <supervision.3a@gmail.com>
**Date:** January 14, 2026 at 3:41:34 PM CST
**To:** recoveryhouston81@gmail.com
**Subject: Confirmation of Your AAA Extended Warranty Coverage**

[Quoted text hidden]

# National Do Not Call Registry - Your Registration Is Confirmed

From: verify@donotcall.gov

To:  locateutoday@aol.com

Date: Saturday, May 11, 2024 at 04:16 PM CDT

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 7311 on September 29, 2011. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

***********************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

PLAINTIFF'S EXHIBIT
Number _ 2

about:blank



# Texas "No Call Lists"

## Search Consumer Registration

### Registration Information

Telephone Number: 832-689-7311
Amount: $0.00
Method of Payment: Credit Card

List: Statewide "Do Not Call" List
Status: Registered 8/16/2023 - Expires 8/16/2026

### Search Another Registration

### Consumer Information

Public Utility Commission of Texas    Texas "No Call Lists" Home    Texas Electric Choice

**PLAINTIFF'S EXHIBIT**
Number ___ 3

11:27

 

+1 (855) 975-7484

American Home & Auto Alliance uses text to engage and transact with customers. A text message will be sent shortly with next steps. Text stop to stop

American Home & Auto Alliance

We now have an easy way to pay via text.

Click below to pay $35.00 for American Automotive Alliance. See link for more.

The sender is not in your contact list.

+

PLAINTIFF'S EXHIBIT
Number 3. 1

| Purchaser: | | Seller: | |
|---|---|---|---|
| NAME | Timothy Aguilar | LEGAL NAME | American Automotive Alliance |
| ADDRESS | 2807 Randolph Rd | DBA | |
| CITY, ST, ZIP | Pasadena TX, 77503 | ADDRESS | 4255 A1A S Suite 4 |
| PHONE | 1-832-689-7311 | CITY, ST, ZIP | St. Augustine FL, 32080 |
| EMAIL | recoveryhouston81@gmail.com | PHONE | (239) 444-7630 |
| FAX | | EMAIL | |
| | | SALESPERSON | Frank Aldana |

| **Payment Processing Terms** *All dollar amounts are in U.S. dollars.* | This Payment Notice is between Purchaser and Ensurety Finance Services, LLC ("EFS"). Purchaser has purchased a service contract ("Contract") from Seller that is issued by Ensurety, Inc. ("Administrator"). EFS has contracted with Administrator and is the payment processing provider for the Contract sold by Seller and administered by Administrator. |
|---|---|
| Contract Monthly Payment $142.66 | Term: **24 Months** Contract Number: __AMR58389__ |
| Initial Payment Date (First due date no more than 30 days from sales date) 02/13/2026 | Year: _2020_ Make: ___LINCOLN___ Model: _NAUTILUS_ |
| Monthly Payment Date Day 13 of each calendar month | VIN: _2LMPJ8J93LBL05728_ |

**Authorization for Credit Card Payment**

Purchaser hereby authorizes EFS on behalf of Administrator to make recurring monthly charges to Purchaser's credit card account listed below in the amounts and on the dates disclosed under the Payment Processing Terms until such time as EFS has received a notice to cease payments from Purchaser, Seller or Administrator in time to allow reasonable opportunity to act on it.

| xxxx-xxxx-xxxx-3215 | 09/01/2027 | Master Card |
|---|---|---|
| Credit Card Number | Expiration Date (MM/YY) | Type of Card(MC, Visa, Amex, Discover |

I authorize charges to my credit card account as provided at time of Contract purchase or at time of payment method revision for the payment of recurring monthly charges in accordance with this notice. In the event that my credit card expires or becomes invalid, I authorize EFS to continue to process payments by providing what it reasonably believes to be accurate or corrected billing information. I agree to the foregoing as a convenience and waive any liability against EFS in connection with or related to the foregoing.


PLAINTIFF S EXHIBIT
Number 4

RECURRING BILLING: The Contract will automatically renew unless Purchaser voluntarily or involuntarily fails to make any Monthly Payment (as defined above under Payment Processing Terms) in full. Purchaser authorizes Administrator through EFS to charge the Monthly Payment. Other applicable charges may apply as shown under Payment Processing Terms and the following paragraph ("Applicable Charges"). Purchaser acknowledges that the amount billed based on stated monthly payment and applicable late fees may vary from month to month for reasons that may include differing amounts due to Applicable Charges.

APPLICABLE CHARGES: If any payment due hereunder is not received within 10 days of the scheduled Initial Payment Date or Monthly Payment Date, as applicable (each, a "Payment Date"), and except as prohibited by applicable law, Purchaser agrees to pay EFS a late payment fee in the amount of the lesser of 5% of the late payment or $5.00 (the "Late Charge").

PURCHASER SHALL HAVE THE RIGHT, AT ANY TIME, TO CEASE PAYMENTS OF AMOUNTS DUE HEREUNDER BY WAY OF NONPAYMENT. IF PURCHASER FAILS TO MAKE ANY PAYMENT WHEN DUE, PURCHASER'S CONTRACT WILL DEFAULT. Any payment made by Purchaser after the effective date of default will not result in an automatic reinstatement of the Contract. In the event of Contract default, Purchaser should contact the Seller or Administrator for any refunds for which Purchaser may be entitled.

This Notice sets forth the terms and conditions of the Program agreed to by Purchaser by phone or other electronic means. This Notice shall be effective and will be provided at time of contract fulfillment. Purchaser agrees that he/she has had the opportunity to review, accept, and correct any errors contained in this Notice. Purchaser affirms he/she will further review this Notice and correct any errors contained herein by contacting EFS or Seller within 30 days of the date listed below. The personal information regarding Purchaser that is provided by Purchaser in connection with this Notice will not be used or shared with any other party other than for the purpose of the services provided in this Notice and the Contract and as required or permitted by applicable law.

Purchaser agrees that EFS and Administrator upon 60 day written notice to Purchaser may increase Monthly Payment amounts. In addition, if the Monthly Payments due hereunder are increased due to underwriting considerations, EFS shall have the right, upon receipt of Purchaser's written authorization, to revise dollar amounts on the face of this Notice. Any change by Purchaser (by way of deletion, modification, supplementation or otherwise), to the preprinted portion of this may render the Contract void at Administrator's or EFS' option.

EFS may, with or without notice to Purchaser, assign or pledge its rights, title and interest in, to and under this Notice and the power of attorney herein described. Upon written notice from any such assignee, Purchaser shall make all payments to such assignee without defense, offset or counterclaim. Purchaser hereby releases and discharges EFS from any liability for damages with respect to any action taken following a default in payment or performance by Purchaser hereunder and shall indemnify and hold EFS harmless from any liabilities, claims, damages or causes of action in connection with any such action by EFS.

## AGREEMENT

- This agreement (Agreement) is between the Agreement Holder (named on the Declaration page) and the Service Agreement Provider as defined under the Definitions section of this Agreement. The Seller (issuing party) is not a party to this Agreement and has no obligations to You in regards to the benefits provided.
- Your benefits and OUR OBLIGATIONS, as defined below, to perform under this Agreement are insured by an insurance policy with Lyndon Southern Insurance Company, 10751 Deerwood Park Blvd, Suite 200, Jacksonville, FL 32256, (800) 888-2738. If the benefits as described are not provided within sixty (60) days after You provide proof of loss covered by this Agreement, then You may make a direct claim against Lyndon Southern Insurance Company.

  In New York, and Wisconsin, our obligations under this agreement are insured under an insurance policy issued by Blue Ridge Indemnity Company, [10751 Deerwood Park Blvd, Suite 200, Jacksonville, FL 32256, (800) 888-2738].

  For Georgia residents only: Our obligations are guaranteed by an insurance policy issued by Insurance Company of the South, [10751 Deerwood Park Blvd., Suite 200, Jacksonville, FL 32256 (800-888-2738)].

## DEFINITIONS

The following definitions apply to words used frequently throughout this Vehicle Service **AGREEMENT** and which appear in **BOLD-FACED, SMALL CAPS** type:

1.  **ADMINISTRATOR** – EGV Companies, Inc., [50 N. Laura St., Suite 2500, Jacksonville, FL 32202, (877) 850-0443], the entity that administers this **AGREEMENT** on **OUR** behalf.
2.  **AGREEMENT** - This **VEHICLE** Service **AGREEMENT**, which **YOU** have purchased for the **VEHICLE** described on the **DECLARATION PAGE**.
3.  **BREAKDOWN** - The failure of a **COVERED PART** under normal service and usage of the **VEHICLE**. A **COVERED PART** has failed when it can no longer perform the function for which it was designed solely because of its condition.
4.  **BUSINESS USE** – Coverage is provided if the **BUSINESS USE** surcharge has been paid as specified on **YOUR DECLARATION PAGE**. Eligibility is limited to the following: cars, trucks and vans used for route sales, inspections, maintenance, repair, landscaping, carrying tools to a job site and eligible vehicles owned by religious / charitable organizations.
5.  **CLAIM** - A demand by **YOU** for benefits under this **AGREEMENT**.
6.  **COVERED PARTS** - The parts listed in the Schedule of **COVERED PARTS** subsection of this **AGREEMENT**.
7.  **DECLARATION PAGE** - The numbered document provided to **YOU** which is attached to the **AGREEMENT**. It lists information regarding the **VEHICLE** to be covered, **AGREEMENT** terms, and other vital information.
8.  **DEDUCTIBLE** - The amount **YOU** are required to pay, as shown on the **DECLARATION PAGE**, towards the total cost for the repair or replacement of **COVERED PARTS** per **CLAIM** made.
9.  **Mileage Limit** – The maximum number of miles that this **Agreement** shall be I force, as indicated on the **Declarations Page**.
10. **PLAN** - Refers to the Plan Selected and Term Selected by **YOU** as shown on the **DECLARATION PAGE** of this **AGREEMENT**.
11. **REPAIR FACILITY** - A licensed repair facility authorized by the **ADMINISTRATOR** to perform repair services under this **AGREEMENT**.
12. **SELLER** – The entity that sold this **Agreement** to **You**.
13. **VEHICLE** - The **VEHICLE** described on the **DECLARATION PAGE** that is covered under this **AGREEMENT**.
14. **WE, US, OUR AND SERVICE CONTRACT PROVIDER** – EGV Companies, Inc., [50 N. Laura St., Suite 2500, Jacksonville, FL 32202,] (877) 850-0443, the entity that is obligated to perform under this **AGREEMENT** in all states except in Florida, Louisiana, New Mexico and Oklahoma where it is **Lyndon Southern Insurance Company** (Florida License Number 03698), [10751 Deerwood Park Blvd., Suite 200, Jacksonville, FL 32256, (800) 888-2738].
15. **YOU, YOUR** - The **AGREEMENT** holder shown on the **DECLARATION PAGE** of this **AGREEMENT**.

## OUR OBLIGATIONS

If a Covered **BREAKDOWN** of **YOUR VEHICLE** occurs during the term of this **AGREEMENT, WE** will:

- Pay **YOU** or the **Repair Facility**, for repair or replacement of the **COVERED PARTS** and associated labor as required for the completion of the repair or replacement of those parts, which cause the **BREAKDOWN**. Labor will be verified by the standard versions of the following nationally recognized labor guides: Motor's, Mitchell & All Data. Replacement parts, not to exceed manufacturer's suggested retail price, may be of like kind and quality. This may include the use of new, remanufactured or used parts as determined by **US**.
- Reimburse **YOU** for a rental car at the rate of up to thirty dollars ($30) per day and a maximum of one hundred fifty dollars ($150) up to five (5) days per Mechanical Breakdown. For claims in excess of $3,000, **WE** will reimburse **YOU** for a rental car at the rate of up to thirty dollars ($30) per day and a maximum of two hundred forty dollars

OMEGAEGVPT0319 REV (04/21)                    1

($240) up to eight (8) days per Mechanical Breakdown. Unless a parts delay occurs during the **Breakdown,** in which case, we will add an additional three (3) days for a maximum of ninety ($90) additional dollars. To receive rental benefits, **You** must supply **US** with **YOUR** receipt from a licensed rental agency. No Deductible will apply to this benefit.

- Reimburse **YOU** for lodging and meal expenses actually incurred by **YOU** if the covered repairs are completed more than one hundred (100) miles from **YOUR** primary residence and **YOU** are stranded overnight. The limit on this reimbursement is seventy-five dollars ($75) per day for up to three (3) days and a maximum of two hundred twenty-five dollars ($225) per **BREAKDOWN.**

### YOUR OBLIGATIONS

- In order for this Agreement to remain active, You must have the engine oil and filter changed within sixty (60) days after Contract Purchase Date, unless you have verifiable receipts that the Vehicle engine oil and filter were replaced within six (6) months prior to Contract Purchase Date. The minimum requirement on oil and filter changes thereafter is every six (6) months or 5,000 miles, whichever comes first, or You must follow the maintenance schedules in accordance with Your Vehicle's manufacturer recommendations. All other maintenance schedules must be done in accordance with **YOUR VEHICLE** manufacturer recommendations. If applicable, replace the engine timing belt at the intervals specified by the **VEHICLE** manufacturer. **YOU** must keep and make available verifiable service/purchase receipts (indicating dates, mileage, and a description of **YOUR VEHICLE**) which show that this maintenance has been performed within the time and mileage limits required. **WE** will not reimburse for repair costs or expenses if **YOU** cannot provide accurate records proving that **You** have maintained the failed **COVERED PART.**
- **YOU** must make your first monthly payment per the payment plan agreement before claims can be paid, and said payment serves as your acceptance of the terms of this contract.
- **YOU** or **YOUR REPAIR FACILITY** are required to obtain **OUR** authorization prior to beginning any repair covered by this **AGREEMENT.**
- **YOU** are responsible for paying the Deductible indicated on the **DECLARATION PAGE** of this **AGREEMENT** each time **YOU** have a **BREAKDOWN.** A one hundred dollar ($100) **DEDUCTIBLE** per repair visit will apply.
- **YOU** are responsible for authorizing any teardown or diagnosis time needed to determine if **YOUR VEHICLE** has a Covered **BREAKDOWN.** If it is subsequently determined that the repair is needed due to a Covered **BREAKDOWN, WE** will pay for this part of the repair. If the failure is not a Covered **BREAKDOWN,** then **YOU** are responsible for this charge.

### OTHER IMPORTANT AGREEMENT PROVISIONS

The aggregate total of **OUR** liability for all benefits paid or payable during the term of this **AGREEMENT** shall not exceed the actual cash value of **YOUR VEHICLE** at time of **AGREEMENT** purchase, or $12,500, whichever is greater.

In return for **YOUR** payment for this **AGREEMENT** and subject to its terms, **YOU** will be provided with the protection described herein. After **YOU** receive any benefits under this **AGREEMENT, WE** are entitled to all of **Your** rights of recovery against any manufacturer, repairer or other party who may be responsible to **YOU** for the costs covered by this **AGREEMENT** or for any other payment made by **U S.** If **WE** ask, **YOU** agree to help **US** enforce these rights unless transferred as provided in the transfer section of this **AGREEMENT. YOU** also agree to cooperate and help us in any other matter concerning this **AGREEMENT.**

This **AGREEMENT** will terminate when **YOU** sell **YOUR VEHICLE** unless transferred as provided in the Transfer Section or when this **AGREEMENT** is cancelled as outlined in the Cancellation Section.

In the event the Purchase Price of **Your Agreement** is being paid through a Payment Plan (or its equivalent) which is terminated for non-payment, the **Term** and **Mileage Limit** of this **Agreement** will be modified to reflect the portion of the **Agreement** that you have paid for. The modified **Term** and **Mileage Limit** of the **Agreement** will be calculated on a pro-rata basis by adding the time and mileage that you have paid for to the **Agreement Purchase Date** and **Vehicle Odometer Mileage** on the **Agreement Purchase Date** as listed on the **Declarations Page.** You may contact the Administrator toll free at **877-850-0443** to obtain the modified **Term** and **Mileage Limits.**

### GUIDE TO FILING A CLAIM – CALL 877-850-0443

If **YOU** have a **BREAKDOWN, YOU** must follow this procedure:

(1) Use all reasonable means to protect **YOUR VEHICLE** from further damage. This may require **YOU** to stop **YOUR VEHICLE** and call for roadside assistance to have the **VEHICLE** towed.

(2) Take **YOUR VEHICLE** to a licensed **REPAIR FACILITY,** have the **REPAIR FACILITY** contact Us at **877-850-0443** for instructions, before ANY repairs are made.

(3) The **ADMINISTRATOR** reserves the right to inspect **YOUR** Vehicle prior to issuing any authorization to the Repair Facility. In the event that the **ADMINISTRATOR** determines the Repair Facility is unable to perform a proper diagnosis or repair **YOUR** Vehicle, or there is a dispute between the **ADMINISTRATOR** and the Repair Facility,

the **ADMINISTRATOR** reserves the right to move **YOUR** Vehicle to a repair facility of the **ADMINISTRATOR** 's choice.

(4)    Prior to proceeding with repairs, ensure the Repair Facility has been provided an authorization number for the covered repairs by the **ADMINISTRATOR**. Repairs performed without prior approval will not be honored (except for Emergency Repairs as described within).

(5)    Furnish **US** or the **REPAIR FACILITY** with such reasonable information that We may require. This includes receipts for car rental charges, lodging, meals, and signed service receipts (indicating dates, mileage, and a description of **YOUR VEHICLE**) as required by this **AGREEMENT**.

(6)    For simple repairs needed when the **ADMINISTRATOR** is not available for prior authorization, please use the following procedure:

Emergency Repairs:

Refer to **YOUR AGREEMENT** to determine if the **BREAKDOWN** is due to the failure of a **COVERED PART** and there are no listed exclusions or wait period in effect that apply. For a simple repair, (Any repair requiring two (2) hours or less of labor time to complete, not to exceed $500), that is determined to be a **COVERED PART**, authorize the **REPAIR FACILITY** to perform the repair, and call the **ADMINISTRATOR** for instructions within five (5) business days, during normal business hours. On major repairs, (Any repair requiring more than two (2) hours of labor time, or exceeds a total cost of $500, to complete), determine the failure and repair costs and then contact the **ADMINISTRATOR** on the next normal business day for an authorization before repairs are performed (Utah Residents see special state requirements and disclosures for additional clarifying language).

Business Hours (Central Time Zone) Monday through Friday 7:30 AM until 7:00 PM & Sat 7:30AM-1:00PM

## SCHEDULE OF COVERED PARTS

**The following is a list of Covered Parts as determined by the coverage You selected, as indicated on Your Vehicle Service Agreement. For convenience, Covered Parts are listed next to the vehicle systems to which they are related. The vehicle systems listed are NOT Covered Parts.**

## POWERTRAIN COVERAGE

**ENGINE:** Cylinder block and cylinder heads and all internally Lubricated Parts; turbocharger; supercharger; harmonic balancer; timing gear, chain and belt, guides, chain and belt tensioners; and water pump. Seals and gaskets are only covered when required in connection with the replacement of a Covered Part.

**TRANSMISSION:** Transmission case and all internally Lubricated Parts; torque converter; valve body; flywheel/flex plate; and vacuum modulator and transmission speed sensor. Seals and gaskets are only covered when required in connection with the replacement of a Covered Part.

**TRANSFER CASE:** Transfer case and all internally Lubricated Parts. Seals and gaskets are only covered when required in connection with the replacement of a Covered Part.

**DRIVE AXLE(S):** Drive axle housing and all internally Lubricated Parts; locking hubs; drive shafts; universal joints; and constant velocity joints unless failure was caused by neglected, torn, cracked, or perforated constant velocity joint boot. Constant velocity joint boots are not covered under any circumstances. Seals and gaskets are only covered when required in connection with the replacement of a Covered Part.

**SEALS and GASKETS:** Seals and gaskets are covered only as part of repair or replacement of the above Covered Parts. Leaking seals and gaskets are not Covered Parts.

**FASTENING HARDWARE:** (Including but not limited to external nuts, bolts, springs, brackets etc.) are only covered when required in connection with the replacement of a covered part, but never as a cause of failure.

**HYBRID:** Hybrid transaxle, electronic transmission, inverter, generator(s), and electronic display monitor. **(Batteries are excluded)**

## POWERTRAIN PLUS COVERAGE

**In addition to the Powertrain Coverage, the following parts are also covered, if this coverage is selected in the "Coverage Options" section of this Agreement.**

**A/C:** (Includes only factory installed equipment) Condenser; compressor; compressor clutch; and evaporator.
**ELECTRICAL:** Alternator/generator; A/C blower motor; starter motor; starter solenoid; and starter drive.

## POWERTRAIN ENHANCED COVERAGE

**In addition to the Powertrain and Powertrain Plus Coverage, the following parts are also covered, if this coverage is selected in the "Coverage Options" section of this Agreement.**

**A/C:** (Includes only factory installed) Accumulator; dryer; expansion valve; condenser fan; and condenser fan motor.
**COOLING SYSTEM:** Cooling fan; cooling fan motor; and fan clutch.
**FUEL SYSTEM:** Fuel delivery pump; fuel injection pump; metal fuel lines; fuel pressure regulator; fuel sending unit; and fuel gauge.

OMEGAEGVPT0319 REV (04/21)                    3

**ELECTRICAL:** Horns; windshield wiper motors; windshield washer pump; power antenna motor; power window motors; window regulators; power door lock actuators; power trunk release; and all manually operated switches (excluding AC / Heating and audio / video switches).

## EXCLUSIONS FROM COVERAGE

THIS AGREEMENT DOES NOT PROVIDE COVERAGE:

1.  FOR REPAIR COSTS OR EXPENSES REPORTED OR MADE AFTER THE EXPIRATION OF THE TERM OF THIS AGREEMENT OR NOT AUTHORIZED BY THE ADMINISTRATOR;

2.  FOR REPAIR COSTS OR EXPENSES IF THE ODOMETER OF THE VEHICLE BREAKS OR BECOMES INOPERABLE OR UNRELIABLE FOR ANY REASON AND ODOMETER REPAIRS WERE NOT MADE IMMEDIATELY AT THE TIME OF FAILURE, OR IF THE ODOMETER HAS BEEN TAMPERED WITH, DISCONNECTED OR ALTERED IN ANY WAY;

3.  A BREAKDOWN THAT IS REASONABLY DETERMINED TO HAVE EXISTED PRIOR TO THE CONTRACT PURCHASE DATE OR THE DATE COVERAGE TAKES EFFECT.

4.  FOR REPAIR COSTS OR EXPENSES IF THE VEHICLE HAS BEEN USED FOR THE FOLLOWING PURPOSES, REGARDLESS OF WHETHER THE BUSINESS USE OPTION WAS PURCHASED: POLICE OR LAW ENFORCEMENT SERVICES, FIRE, AMBULANCE OR EMERGENCY SERVICES, TAXI, LIMOUSINE OR SHUTTLE SERVICES, PICK-UP AND/OR DELIVERY OPERATIONS, RACING, NEWSPAPER OR MAIL DELIVERY, RENTAL SERVICES, CONSTRUCTION, SECURITY SERVICES, SNOW REMOVAL OR SNOW PLOWING, CABLE OR LINE INSTALLATION, OR HAULING FOR HIRE, OR IF THE VEHICLE HAS BEEN USED FOR HAULING TRAILERS IN EXCESS OF THE MANUFACTURER'S RATED CAPACITY OR HAULING TRAILERS WITHOUT SUITABLE EQUIPMENT, OR IF THE REQUIREMENTS IN THE MANUFACTURER'S MANUAL FOR VEHICLES USED TO PULL TRAILERS ARE NOT FOLLOWED;

5.  FOR REPAIR COSTS OR EXPENSES IF YOU CANNOT PROVIDE TO THE ADMINISTRATOR ACCURATE RECORDS PROVING THAT YOU HAVE MAINTAINED THE VEHICLE IN ACCORDANCE WITH THE MANUFACTURER'S SPECIFICATIONS AND INSTRUCTIONS FOR THE LENGTH OF OWNERSHIP, OR IF ANY MECHANICAL OR ELECTRICAL ALTERATIONS HAVE BEEN MADE TO THE VEHICLE INCLUDING, BUT NOT LIMITED TO, THE USE OF OVERSIZED TIRES, INSTALLATION OF HEADER PIPES OR LIFT KITS, AND REMOVAL OF ANY EMISSION CONTROL PARTS SYSTEM;

6.  FOR REPAIR COSTS OR EXPENSES IF THE VEHICLE IS STILL IN THE MANUFACTURER'S BASIC WARRANTY PERIOD OR COVERED BY A RECALL OR SPECIAL POLICY BY THE MANUFACTURER OR REPAIRS FOR UPDATES OR TECHNICAL SERVICE BULLETINS;

7.  FOR REPAIR COSTS OR EXPENSES IF THE VEHICLE HAS BEEN ABUSED OR NEGLECTED, OR ANY PART OF IT HAS BEEN SUBJECT TO ALTERATION OR ACCIDENT, OR FOR ANY ACCIDENTAL LOSS OR DAMAGE RESULTING FROM COLLISION OR UPSET, FALLING MISSILES OR OBJECTS, FIRE, THEFT, ARSON, EXPLOSION, LIGHTNING, EARTHQUAKE, WINDSTORM, ICE, HAIL, WATER, FLOOD, MALICIOUS MISCHIEF, VANDALISM, RIOT OR CIVIL COMMOTION, OR IF THE VEHICLE IS A TOTAL LOSS, HAS BEEN REPOSSESSED OR IS THE SUBJECT OF A REPOSSESSION ACTION, OR FROM ANY OTHER CAUSE WHATSOEVER, EXCEPT AS OUTLINED IN THIS AGREEMENT; AND FOR REPAIR COSTS OR EXPENSES RESULTING FROM THE CONTINUED OPERATION OF AN IMPAIRED VEHICLE;

8.  FOR LIABILITIES FOR DAMAGE TO PROPERTY OR FOR INJURY TO OR DEATH OF ANY PERSON ARISING OUT OF THE OPERATION, REPAIR, MAINTENANCE OR USE OF THE VEHICLE, WHETHER OR NOT RELATED TO ANY COVERED PART, OR FOR CONSEQUENTIAL LOSSES OR DAMAGE, INCLUDING, BUT NOT LIMITED TO, PROPERTY DAMAGE, LOSS OF USE OF THE VEHICLE, LOSS OF TIME, INCONVENIENCE, OR COMMERCIAL LOSS RESULTING FROM THE OPERATION, MAINTENANCE AND/OR USE OF THE VEHICLE, UNLESS SPECIFICALLY COVERED HEREIN;

9.  FOR ANY MECHANICAL PROBLEMS THAT EXISTED PRIOR TO THE COMPLETION OF THE VALIDATION PERIOD OR BY THE FAILURE OF THE INSURED TO MAINTAIN PROPER QUALITIES OR LEVELS OF COOLANTS OR LUBRICANTS;

10. FOR REPAIRS TO ANY PART THAT HAS NOT SUFFERED A BREAKDOWN, OR IF THE WEAR ON THE PART HAS NOT EXCEEDED THE PUBLISHED FIELD TOLERANCE ALLOWED BY THE MANUFACTURER, OR FOR REPAIR COSTS NOT NECESSARY TO CORRECT A BREAKDOWN, OR FOR DAMAGES OR ANY LOSS RESULTING FROM FAULTY OR NEGLIGENT AUTO REPAIR WORK OR FROM THE INSTALLATION OF DEFECTIVE PARTS;

11. FOR ANY REPAIR COSTS DUE TO CONTAMINATION OF ANY KIND, CORROSION, RUST, DRY ROT, DETONATION, PRE-IGNITION, CARBON BUILD UP, OIL: SLUDGE, ELECTROLYSIS, RATTLES, WATER LEAKS, WIND NOISES, INCORRECT FUEL TYPE;

12. FOR ANY OF THE FOLLOWING PARTS: INCLUDING BUT NOT LIMITED TO MANUAL CLUTCH ASSEMBLY; GLOW PLUGS; BRAKE PADS, SHOES, ROTORS AND DRUMS; WIPER BLADES, WIPER ARMS; ALL BATTERIES, BATTERY CABLES; AIR FILTERS, OIL FILTER, COOLANTS AND FLUIDS, IF NOT IN

OMEGAEGVPT0319 REV (04/21)                                    4

CONNECTION WITH A COVERED REPAIR; SPARK PLUGS; PLUG WIRES; EGR VALVE; DRIVE BELTS; RUBBER HOSES; EXHAUST SYSTEMS; CATALYTIC CONVERTERS; MUFFLERS; RESONATORS; SHOCK ABSORBERS; TIRES, WHEELS, SEALED BEAMS; LIGHT BULBS AND LENSES; NON-FACTORY INSTALLED AUDIO SYSTEMS AND DISC PLAYERS; PLASMA TELEVISIONS; CAR PHONES; CELLULAR, SATELLITE, OR MICROWAVE COMMUNICATON DEVICES; BRIGHT METAL PARTS; RUBBER MOLDINGS; WEATHER STRIPS; METAL, GLASS OR PLASTIC TRIM; UPHOLSTERY; CARPET; ASH TRAYS; CUP HOLDERS; ANY NON-FACTORY INSTALLED PARTS; CONVERTIBLE TOP, FRAME AND MECHANISM; SUNROOF TRACK AND MECHANISM; SAFETY RESTRAINT SYSTEMS (SEAT BELTS AND AIR BAGS, EXCEPT STEERING WHEEL) OR PART THEREOF; OR BODY PARTS AND COMPONENTS.

13. CHARGES FOR: SHOP SUPPLIES, FREIGHT, HAZARDOUS WASTE DISPOSAL, WHEEL ALIGNMENT AND TIRE BALANCE, ADJUSTMENTS, SEALING, REPOSITIONING, REFITTING, REALIGNING, AND/OR CLEANING

14. GRADUAL REDUCTION IN OPERATING PERFORMANCE DUE TO NORMAL WEAR AND TEAR.

15. FOR A BREAKDOWN NOT OCCURING IN THE UNITED STATES OR CANADA

16. A BREAKDOWN OF A COVERED PART BY A NON-COVERED PART, OR OF A NON-COVRED PART DAMAGED BY A COVERED PART.

17. A BREAKDOWN CAUSED BY OR FOR DAMAGES RESULTING FROM OVERHEATING REGARDLESS OF CAUSE.

18. CERTAIN VEHICLES OUTLINED ON THE ADMINISTRTATOR'S OR SERVICE CONTRACT PROVIDER'S GUIDELINES WITH THE SELLER ARE INELIGIBLE. THESE INCLUDE BUT ARE NOT LIMITED TO; EXOTIC VEHICLES, GREY MARKET VEHICLES, INCOMPLETE CHASIS, SALVAGE OR BRANDED TITLE VEHICLES, SECURITY VEHICLES, RENTAL VEHICLES, TOW VEHICLES, VEHICLES EQUIPPED WITH A SNOW PLOW, VEHICLES USED FOR CABLE OR LINE INSTALATION, LIFTED VEHICLESVEHICLES EQUIPPED WITH A FLAT BED AND VEHICLES GREATER THAN 1 TON.

**ROADSIDE COVERAGE – If you require Roadside Assistance You must call 1-877-553-0531**

Emergency Roadside Assistance is available 24 hours a day, every day of the year throughout the United States & Canada. Your coverage begins on the date shown on this contract and terminates on either the expiration date shown or at the expiration of your contract. You will only have to pay for any non-covered expenses or costs in excess of your one hundred dollars ($100) per occurrence maximum. Service must be a covered benefit under the terms and conditions of this contract and is available only for the specific Covered Vehicle registered with United States Auto Club, Motoring Division, Inc. as part of this contract. "Covered Vehicle" is defined as the vehicle listed on the application for this contract and registered with United States Auto Club, Motoring Division, Inc (Vehicle Identification Number and Year, Manufacturer and Model).

All of the emergency roadside assistance services are provided by United States Auto Club, Motoring Division, Inc. administrative offices located at P.O. Box 660460, Dallas, TX 75266-0460. All entities are collectively referred to as "United States Auto Club, Motoring Division, Inc" throughout these Terms and Conditions.

**EMERGENCY ROADSIDE ASSISTANCE**

Just call TOLL-FREE 1-87-553-0531 and a service vehicle will be dispatched to your assistance. Important: Please be with your Covered Vehicle when the service provider arrives, unless it is unsafe to remain with the vehicle, as the provider cannot service an unattended vehicle. In the event that service is not obtainable through United States Auto Club, Motoring Division, Inc, you will receive an authorization number to receive a refund of payments made according to your program benefit and coverage limits for services received independently. You must first contact United States Auto Club, Motoring Division, Inc. for authorization to obtain independent services. NOTE: ASSISTANCE OBTAINED THROUGH ANY SOURCE OTHER THAN UNITED STATES AUTO CLUB, MOTORING DIVISION, INC.IS NOT COVERED AND IS NOT REIMBURSABLE.

The following are covered emergencies, subject to the one hundred dollars ($100.00) per occurrence limit:

(1.) Towing Assistance - When towing is necessary, the Covered Vehicle will be towed to the nearest qualified service facility or to another location requested by the driver of the Covered Vehicle.

(2.) Flat Tire Assistance - Service consists of the removal of the Covered Vehicle's flat tire and its replacement with the spare tire located with the Covered Vehicle, or the service provider will drive you to the closest tire store for repair.

(3.) Fuel, Oil, Fluid and Water Delivery Service - An emergency supply of fuel (3 gallons), oil, fluid and water will be delivered if the Covered Vehicle is in immediate need. You must pay for the fuel or other fluid when it is delivered.

(4.) Lock-out Assistance – If your keys are locked inside the Covered Vehicle, assistance will be provided to gain entry into the Covered Vehicle.

(5.) Battery Assistance – If battery failure occurs, a jump start will be provided to start your Covered Vehicle.

The following items are not included as part of the emergency roadside assistance benefit: Coverage shall not be

provided in the event of emergencies resulting from the use of intoxicants or narcotics, or the use of the Covered Vehicle in the commission of a felony. Cost of parts, replacement keys, fluids, lubricants, or fuel, material, additional labor relating to towing, or the cost of installation of products. Non-emergency towing or other non-emergency service. Non-emergency mounting or removing of snow tires or chains. Shoveling snow from around a vehicle. Tire Repair. Extrication or Winching. Motorcycles, trucks over one and a half ton capacity, antique vehicles (meaning vehicles over 20 years old or out of manufacture for 10 years or more), taxicabs, limousines, or other commercial vehicles. Recreational Vehicles (RVs), camping trailers, travel trailers, or any vehicles in tow. Any and all taxes or fines. Damage or disablement due to collision, fire, flood or vandalism. Towing from or repair work performed at a service station, garage or repair shop. Towing by other than a licensed service state or garage; vehicle storage charges; a second tow for the same disablement. Service on a vehicle that is not in a safe condition to be towed or serviced or that may result in damage to the vehicle if towed or serviced. Towing or service on roads not regularly maintained, such as sand beaches, open fields, forests, and areas designated as not passable due to construction, etc. Towing at the direction of a law enforcement officer relating to traffic obstruction, impoundment, abandonment, illegal parking, or other violations of law. Repeated service calls for a covered vehicle in need of routine maintenance or repair. Services received independently from United States Auto Club, Motoring Division, Inc. without prior authorization from Auto Knight. Only one disablement for the same service type during any seven day period will be accepted. THIS IS NOT A ROADSIDE ASSISTANCE REIMBURSEMENT SERVICE.

TIRE HAZARD PROTECTION COVERAGE

- Pre-authorization for all Tire Hazard service is required. You must call toll free 1-877-553-0531 prior to any service being performed. Direct payment is available via phone M-F 8:00am-5:30pm CST. You are also eligible for reimbursement for any covered cost to repair or, if non-repairable, the cost to replace a damaged tire on Your vehicle if damage is caused by a Road Hazard on a public roadway. Road Hazard is defined as objects and road conditions such as potholes, rocks, wood debris, metal parts, plastic or composite scraps or any item causing tire damage other than wear and tear and those conditions excluded below.
  1. Tire Repair – You will be covered for the full charges incurred for the repair of the flat tire(s) up to twenty dollars ($20.00) per tire.
  2. Tire Replacement – You will be covered for a replacement tire should the tire become non-repairable due to impact breaks, snags, punctures, or other Road Hazards up to one hundred dollars ($100.00) for each tire replacement per occurrence up to a maximum aggregate of four hundred dollars ($400.00) during the term of this contract. Your tire must have more than 3/32" tread depth remaining to be eligible for coverage. Important: You will be covered for the cost of a new tire as shown on the sales invoice up to $100.00.
  3. Replacement will be with a tire of like kind, quality, and cost of the original tire as determined by reasonable and customary retail prices available from reputable national vendors.

WE WILL NOT PAY BENEFITS FOR:
1. Tires that have 3/32" or less tread depth remaining.
2. Repair or replacement covered by the manufacturer, or other warranty, or customer's primary insurance coverage.
3. Replacement exceeding the manufacturer's vehicle specification or when the manufacturer, by public announcement or recall, establishes the responsibilities for the replacement for any manufacturer's defect.
4. Damage caused by negligence, abuse, misuse, collision, manufacturer's defect, curb impact, valve or rim leaks, improper installation, dry rot in either sidewall or tread, tire chains, racing or off-road use, vandalism, malicious mischief, chain damage, fire or theft.
5. Vehicles other than on-road passenger or re-capped tires.
6. Failure occurring from operating on any surface other than federal, state, country, city or municipally paved roads or highways.
7. Vehicles with off-road tires and wheels.
8. Vehicles that are truck rated more than one (1) ton
9. Vehicles that are used for commercial purposes, including but not limited to vehicles used for pick-up and delivery service, shuttle, hauling, towing, road repair service, construction service, dealer service, snow removal or any other commercial use.
10. Vehicles used for racing, rentals, dealer loaner, limousine, taxi, police car or other emergency use.
11. Vehicles registered and/or other normally operated outside the continental United States or America, Alaska, Hawaii, Canada and Mexico.
12. Tires and/or wheels that do not meet the manufacturer's recommended specifications of your vehicle.
13. Misuse occasioned from driving on tires that are over inflated, under inflated or flat.
14. Replacement not pre-authorized by us prior to its replacement.
15. Any consequential loss or damage whatsoever, including loss, damage or injury to person or property resulting from the failure of any parts of your vehicle, the replacement of which are covered under the

OMEGAEGVPT0319 REV (04/21)                    6

**terms and conditions of this contract.**

16. **Replacement of a tire if wheels are bent and cause vibration, yet tire holds air and is not damaged.**
17. **Any and all additional fees and taxes including mounting, balancing, new valve stems, wheel weights and sales tax.**

- Pre-authorization for all Tire Hazard service is required. To obtain reimbursement under Tire Hazard Protection Coverage you must:

- EGV Companies, Inc. reserves the right to inspect all damaged tires prior to issuance of a claim authorization number. You must call toll-free 1-844-740-5145 for authorization. After a claim number has been issued by EGV Companies, Inc, proceed by having all covered repairs performed at your Selling Dealership or licensed repair facility. For direct payment to your licensed repair facility, or reimbursement, under this coverage, up to the benefit limit, you must provide EGV Companies, Inc the following:
  1. A copy of the original repair order containing your Selling Dealership's or licensed repair facility's pre-printed name, address and telephone number. Please note the repair order must confirm in writing by your Selling Dealership or licensed repair facility the tread depth remaining on the covered tire.
  2. The repair order must also include the Year, Make, Model, VIN and the current odometer reading of your vehicle as well as the tire brand, model and size.
  3. All documents must be provided to EGV Companies, Inc. via fax at 636-246-0333, or email fax@omegaautocare.com. Claims submitted for reimbursement must be submitted within forty five (45) days after your claim number has been issued.
  4. If pre-authorization is not obtained or steps 1 through 4 are not followed, EGV Companies, Inc. may deny your claim.

## ARBITRATION PROVISION

**READ THE FOLLOWING ARBITRATION PROVISION ("PROVISION") CAREFULLY. IT LIMITS CERTAIN OF YOUR RIGHTS, INCLUDING YOUR RIGHT TO OBTAIN RELIEF OR DAMAGES THROUGH COURT ACTION.**

As used in this Provision, "**You**" and "**Your**" mean the person or persons named in this Service Plan, and all of his/her heirs, survivors, assigns and representatives. And, "**We**" and "**Us**" shall mean the Obligor identified above and shall be deemed to include all of its agents, affiliates, successors and assigns, and any retailer or distributor of its products, and all of the dealers, licensees, and employees of any of the foregoing entities.

Any and all claims, disputes, or controversies of any nature whatsoever (whether in **AGREEMENT**, tort or otherwise, including statutory, common law, fraud (whether by misrepresentation or by omission) or other intentional tort, property, or equitable claims) arising out of, relating to, or in connection with (1) this Service Plan or any prior Service Plan, and the purchase thereof; and (2) the validity, scope, interpretation, or enforceability of this Provision or of the entire **Agreement** ("**Claim**"), shall be resolved by binding arbitration before a single arbitrator. All arbitrations shall be administered by the American Arbitration Association ("AAA") in accordance with its Expedited Procedures of the Commercial Arbitration Rules of the AAA in effect at the time the Claim is filed. The terms of this Provision shall control any inconsistency between the AAA's Rules and this Provision. You may obtain a copy of the AAA's Rules by calling (800) 778-7879. Upon written request **We** will advance to **You** either all or part of the fees of the AAA and of the arbitrator. The arbitrator will decide whether **You** or **We** will be responsible for these fees. The arbitrator shall apply relevant substantive law and applicable statute of limitations and shall provide written, reasoned findings of fact and conclusions of law. This Provision is part of a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*. **If any portion of this Arbitration Provision is deemed invalid or unenforceable, it shall not invalidate the remaining portions of the Arbitration Provision.**

This Arbitration Provision shall inure to the benefit of and be binding on **You** and **Us** and its Provision shall continue in full force and effect subsequent to and notwithstanding the expiration of termination of this Service Plan.

**You** agree that any arbitration proceeding will only consider **Your Claims. Claims** by, or on behalf of, other individuals will not be arbitrated in any proceeding that is considering **Your Claims.**

**YOU AND WE UNDERSTAND AND AGREE THAT BECAUSE OF THIS ARBITRATION PROVISION NEITHER YOU NOR WE WILL HAVE THE RIGHT TO GO TO COURT EXCEPT AS PROVIDED ABOVE OR TO HAVE A JURY TRIAL OR TO PARTICIPATE AS ANY MEMBER OF A CLASS OF CLAIMANTS PERTAINING TO ANY CLAIM.**

## TRANSFER OF YOUR AGREEMENT

This **AGREEMENT** is subject to transfer, reassignment or sale. It is **YOUR** responsibility to notify Us in the event this **AGREEMENT** has been transferred to a subsequent owner stating the name, address and telephone number of the purchaser.

This provision is only available if **YOU** are the original **AGREEMENT** purchaser. **YOUR** rights and duties under this **AGREEMENT** may only be assigned if You sell **YOUR VEHICLE** directly to another individual (excluding dealer trade-

ins) and **WE** receive **YOUR** written notification, as noted above, within thirty (30) days from the date of sale to the subsequent owner and upon payment to **US** of a fifty dollar ($50) transfer fee, Unless contrary to state law, insurance subrogation is waived by all parties (For Florida residents only, the transfer fee is forty dollars ($40). For **AGREEMENTS** sold as New Coverage, there may be certain criteria required by **YOUR** manufacturer (including transfer of the powertrain coverage) in order for the powertrain coverage to remain in effect and in order for the transfer to be considered valid. **AGREEMENTS** purchased on a payment plan must be paid in full or payment obligations assigned to new **VEHICLE** owner prior to transfer. Confirmation of the transfer acceptance by **US** is required before coverage for the new owner is effective.

The coverage provided by this **AGREEMENT** cannot be renewed. This **AGREEMENT** is only transferable if **YOU** are the first retail purchaser of this **AGREEMENT**, and if required verification of the transfer of the **VEHICLE** manufacturer's warranty is attached. Otherwise this **AGREEMENT** IS NOT transferable to any subsequent purchaser.

## CANCELLATION OF YOUR AGREEMENT

1. **YOU** may cancel this **AGREEMENT** by returning it to the Seller or directly to **US**. An odometer statement indicating the odometer reading at the date of the request for cancellation will be required. If **YOU** cancel this **AGREEMENT** within the first thirty (30) days, **WE** will refund the entire **AGREEMENT** Purchase Price, less any claims paid. If this **AGREEMENT** is canceled after the first thirty (30) days, **WE** will refund the unearned **AGREEMENT** Purchase Price to **YOU** calculated on a pro rata basis. The refund will be equal to the lesser amount produced using either the number of days the **AGREEMENT** was in force or the number of miles the **VEHICLE** was driven prior to cancellation, less a cancellation fee of seventy-five dollars ($75) and deducting all incurred **Claims**, except where state law provides otherwise. In the event of cancellation, the Lienholder identified on the **DECLARATION PAGE**, if any, will be named on a cancellation refund check as its interest may appear.

2. **WE** may cancel this **AGREEMENT** based on one or more of the following reasons: (A) non-payment of the **AGREEMENT** Purchase Price; (B) a material misrepresentation made by **YOU**; or (C) a substantial breach of duties by **YOU** under the **AGREEMENT** relating to the **VEHICLE** or its use. If this **AGREEMENT** is canceled by **US**, **WE** will refund the unearned **AGREEMENT** Purchase Price to **YOU** calculated on a pro rata basis. The refund will be equal to the lesser amount produced using either the number of days the **AGREEMENT** was in force or the number of miles the **VEHICLE** was driven prior to cancellation, less a cancellation fee of seventy-five dollars ($75) less all **Claims** incurred. In the event of cancellation, the Lienholder identified on the **DECLARATION PAGE**, if any, will be named on a cancellation refund check as its interest may appear.

3. If the **VEHICLE** and this **AGREEMENT** have been financed, the Lienholder shown on the **DECLARATION PAGE** may cancel this **AGREEMENT** for non-payment or if the **VEHICLE** is declared a total loss or is repossessed. This right of cancellation does not confer ownership of this **AGREEMENT** to the Lienholder or otherwise entitle the Lienholder to performance under this **AGREEMENT**.

4. If this **AGREEMENT** was financed or purchased on a payment plan (by a funding company) the Finance Company or Funding Company shall be entitled to any refunds resulting from cancellation of this **AGREEMENT** for repossession of **YOUR VEHICLE**, total loss of **YOUR VEHICLE** or cancellation prior to balance being paid in full. Failure to make monthly payments in a timely manner may result in cancellation of this **AGREEMENT** and no refund will be due.

*THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK*

## TRANSFER / CANCELLATION APPLICATION

To transfer and/or cancel this Agreement, complete the following and mail a photocopy of the front of this Agreement to: EGV Companies, Inc., 50 N. Laura St., Suite 2500, Jacksonville, FL 32202 (877) 850-0443

Please mark one of the following:        [  ] TRANSFER        [  ] CANCELLATION

Please transfer / cancel the remainder of the Agreement. I am transferring / canceling this Agreement in accordance with the provisions stated in the Agreement. In order to transfer, I am enclosing with this application a fifty dollar ($ 50) check or money order made payable to EGV Companies, Inc., (For Florida residents only, the transfer fee is $40). I understand that if this Agreement has been financed through a payment plan and there is an outstanding balance owed, that the balance must be paid to keep this Agreement in force. If I still choose to transfer this Agreement, I will contact the payment plan company and transfer the payment plan account obligations to the new owner of the Vehicle identified in the application below.

Name of New Owner  _____    Phone Number  _____

Address        _____

City, State, Zip    _____

Odometer Mileage at date of
Transfer/Cancellation  _____    Date of Transfer/Cancellation  _____

Verification that the Vehicle has been maintained as required by this Agreement must be supplied by Original Agreement Holder to Vehicle purchaser. Application must be received within 30 days of the transfer / cancellation date. Transfer will be considered to be valid when Vehicle purchaser receives confirmation letter from Administrator or Service Agreement Provider.

_____
Signature of Vehicle Purchaser (if transferring) Date

_____
Signature of Original Agreement Holder (if transferring) Date

_____
Signature of Agreement Holder or Representative of Lien Holder (if cancelling) Date Phone

_____
Signature of Authorized Representative of Seller (if cancelling) Date Title

OMEGAEGVPT0319 REV (04/21)                    9

## PRIVACY POLICY

The trust of our customers is our most valuable asset. We safeguard that trust by keeping nonpublic personal information about customers in a secure environment and using that information in accordance with this Privacy Policy. Below is our privacy pledge to our customers:

### Information We May Collect

We may collect nonpublic personal information about you from the following sources:

- Information we receive from you (or is provided to us on your behalf) on applications and other forms, such as your name, address, telephone number, employer, and income;
- Information about your transactions with us or other nonaffiliated parties, such as your name, address, telephone number, age, insurance coverage, transaction history, claims history and premiums;

### Information We May Disclose and To Whom We May Disclose Information

The nonpublic personal information we may collect as described above may be disclosed in order to deliver products and services to you, provide customer service or administer your account.

### Disclosures Permitted by Law

**We may disclose all of the nonpublic personal information described above, as permitted by law. For example, we may use affiliated and nonaffiliated parties to perform services for us, such as providing customer assistance, handling claims, protection against fraud and maintaining software for us. We also may disclose information in response to requests from law enforcement agencies or State insurance authorities.**

### Information Regarding Former Customers

We do not disclose nonpublic personal information about former customers or customers with inactive accounts, except in accordance with this Privacy Policy.

### Our Security Procedures

We restrict access to nonpublic personal information about you to those employees whom we determine have a legitimate business purpose to access such information in connection with the provision of products or services to you. We employ security techniques designed to protect our customer data. We provide training and communications programs designed to educate employees about the meaning and requirements of our strict standards for data security and confidentiality.

OMEGAEGVPT0319 REV (04/21)                    10

**SPECIAL STATE DISCLOSURES**

**These special state disclosures apply if Your AGREEMENT was delivered in one of the following states and supersedes any other provisions herein to the contrary:**

**TEXAS**
**Notice:** If **YOU** have complaints or questions regarding this **AGREEMENT**, **YOU** may contact the Texas Department of Licensing and Regulation at the following address and telephone number: Texas Department of Licensing and Regulation, Post Office Box 12157, Austin, Texas 78711; 512-463-6599 or 800-803-9202.

The obligations under this Agreement are insured by a policy of insurance issued by Lyndon Southern Insurance Company, 10151 Deerwood Park Blvd., Bldg 100, Suite 500, Jacksonville, FL 32256. In the event any covered service is not paid within 60 days after proof of loss has been filed, or if a refund or credit is not paid before the 46th day after the date on which the Agreement is returned to **US**, **YOU** may apply directly to Lyndon Southern Insurance Company,

Under the **CANCELLATION OF YOUR AGREEMENT** section, paragraph 1 is deleted and replaced with the following:

**YOU** may cancel this **AGREEMENT** by returning it to the Seller or directly to **US**. An odometer statement indicating the odometer reading at the date of the request for cancellation will be required. If this **AGREEMENT** is canceled by **YOU** within the first thirty (30) days and no **CLAIMS** have been filed, **WE** will refund the entire **AGREEMENT** Purchase Price. A ten percent (10%) penalty per month shall be added to a refund that is not paid or credited within forty-five (45) days after return of this **AGREEMENT** to the **ADMINISTRATOR** or to **US**. If this **AGREEMENT** is canceled after the first thirty (30) days or a **CLAIM** has been filed, **WE** will refund the unearned **AGREEMENT** Purchase Price to **YOU** calculated on a pro rata basis. The refund will be equal to the lesser amount produced using either the number of days the **AGREEMENT** was in force or the number of miles the **VEHICLE** was driven prior to cancellation, less any incurred **Claims** and less a cancellation fee of fifty dollars ($50). In the event of cancellation, the Lienholder identified on the **DECLARATION PAGE**, if any, will be named on a cancellation refund check as its interest may appear. If **WE** cancel this **AGREEMENT**, We will mail a written notice of cancellation to Your last know address at least five (5) days prior to cancellation. The notice will state the effective date and reason for cancellation. The cancellation fee will not apply if We cancel this **AGREEMENT**.

**TX001 (01/14)**

EEPT1113



## Omega Maintenance Program

If You purchased an Omega Auto Care Vehicle Service Agreement (**Agreement**), You also receive benefits with the Omega Maintenance Program (**Program**). Coverage under the Program begins thirty (30) days after the date shown as the **Agreement** Purchase Date shown on the Declarations Page in the Covered Vehicle Section of the **Agreement** You purchased from the Seller. This Program expires thirteen (13) months from the **Agreement** Purchase Date.

**MAINTENANCE BENEFITS:**

1. **OIL CHANGES**: Maximum of three (3) oil changes during the term of the Maintenance Program up to $40.00 for each service; however, if full synthetic oil or synthetic blends are used, or for diesel, larger V8 vehicles, You will receive up to $55.00 for each service.

2. **BRAKES PADS/SHOES**: $100.00 or $130.00 on select vehicles as follows all trucks, SUV's, AWD's, diesels, and all models of Acura, Audi, BMW, Cadillac, Infiniti, Jaguar, Lexus, Lincoln, Mercedes, Saab, Volkswagen, and Volvo toward the replacement of brake pads/shoes (One-time use during the term of this Maintenance Program) (A labor charge may apply).

3. **BATTERY**: $100.00 credit towards the replacement of a failed battery. Limit one (1) battery during the term of this Maintenance Program. (Installation charge may apply).

4. **COOLING SYSTEM MAINTENANCE & LUBE**: $40.00 towards a drain/refill, pressure check, hose inspection, belts, clamps, & lube chassis. (One-time use during the term of this Maintenance Program).

5. **WIPER BLADES REPLACEMENT**: Up to $30.00 credit towards the replacement of wiper blades. (One- time use during the term of this Maintenance Program).

6. **SAFETY INSPECTION**: One (1) State/Safety inspection during the term of this Maintenance Program.

Required Factory Maintenance Mileage Intervals, such as 30,000, 60,000 and 90,000 mile inspections, are not covered under this Program.

**For Maintenance Claims, Call: 844-740-5145**
**Mon-Fri: 8am-5pm CST**

## Maintenance Reimbursement Procedures:

To be eligible for reimbursement on the listed items above, it must be within 45 days from the date of service. Please fax or email a copy of the invoice and your paid receipt(s) to Fax #: 636-246-0333, or Email: fax@omegaautocare.com. Please allow 2-3 weeks for refund processing.



### Programa de Omega de
### Mantenimiento

Si Usted compró un Acuerdo de Servicio de Vehículos de Omega Auto Care (**Acuerdo**), también recibirá Usted beneficios con el Programa de Omega de Mantenimiento (**Programa**). La cobertura bajo el Programa comienza treinta (30) días después de la fecha indicada como la Fecha de Compra del **Acuerdo** que se muestra en la Página de Declaraciones en la Sección de Vehículo Cubierto del **Acuerdo** que compró Usted del Vendedor. Este Programa se caduca trece (13) meses después de la Fecha de Compra del **Acuerdo**.

**BENEFICIOS DE MANTENIMIENTO:**
1.   **CAMBIOS DE ACEITE**: Máximo de tres (3) cambios de aceite durante el plazo del Programa de Mantenimiento hasta $40.00 por cada servicio; sin embargo, si se utilizan aceites sintéticos completos o mezclas sintéticas, o para motores diésel o vehículos V8 más grandes, recibirá Ud. hasta $55.00 por cada servicio.
2.   **PASTILLAS / ZAPATAS DE FRENOS**: $100.00 o $130.00 para vehículos seleccionados de la siguiente manera, todos los camiones, SUV, AWD, diésel y todos los modelos de Acura, Audi, BMW, Cadillac, Infiniti, Jaguar, Lexus, Lincoln, Mercedes, Saab, Volkswagen y Volvo, para el reemplazo de pastillas / zapatas de freno (Oportunidad única durante el término de este Programa de Mantenimiento) (Se puede aplicar un cargo por mano de obra).
3.   **BATERÍA**: $100.00 de crédito para el reemplazo de una batería fallida. Límite de una (1) batería durante la vigencia de este Programa de Mantenimiento. (Se puede aplicar un cargo de instalación).
4.   **MANTENIMIENTO DEL SISTEMA DE ENFRIAMIENTO Y LUBRICANTE**: $40.00 para un drenaje / recarga, verificación de presión, inspección de manguera, correas, abrazaderas y lubricación del chasis. (Uso único durante la vigencia de este Programa de Mantenimiento).
5.   **REEMPLAZO DE ESCOBILLAS LIMPIAPARABRISAS**: Hasta $30.00 de crédito para el reemplazo de escobillas limpiaparabrisas. (Uso único durante la vigencia de este Programa de Mantenimiento).
6.   **INSPECCIÓN DE SEGURIDAD**: Una (1) inspección estatal / de seguridad durante el plazo de este Programa de Mantenimiento.

Los Intervalos de Millaje de Mantenimiento Requeridos por la Fábrica, como las inspecciones de 30,000, 60,000 y 90,000 millas, no están cubiertos bajo este Programa.

**Para reclamos de mantenimiento, llame al: 844-740-
5145 de lunes a viernes: 8am-5pm CST**

**Procedimientos para el Reembolso de Gastos de Mantenimiento:**
Para ser elegible para el reembolso en virtud de los conceptos enumerados anteriormente, debe ser dentro de los 45 días a partir de la fecha del servicio. Envíe por fax o correo electrónico una copia de la factura y su(s) recibo(s) pagado(s) a Fax #: 636-246-0333, o Correo electrónico: fax@omegaautocare.com. Por favor, espere 2-3 semanas para el procesamiento del reembolso.

## American Automotive Alliance

4255 A1A S Suite 4
St. Augustine, FL 32080
(239) 444-7630

---

Timothy Aguilar
2807 Randolph Rd
Pasadena, TX  77503

Congratulations! Your valuable mechanical breakdown protection is detailed in the enclosed contract booklet. Please look it over and call with any questions you may have. Thank you for your purchase; we look forward to servicing your protection needs. Please call us for a quote on any other vehicle in your household. Vehicles with fewer than 200,000 miles may qualify for additional coverage, and multi-vehicle discounts are available.

Be sure to familiarize yourself with the coverage, maintenance requirements, and procedures in the event of a mechanical breakdown. Proper maintenance of your vehicle will contribute to a trouble free driving experience. You should follow your vehicle manufacturer's recommended maintenance for your driving habits.

Welcome to our family of vehicle owners that have the peace of mind and financial security of mechanical breakdown protection.

| | |
|---|---|
| ***THANK YOU AGAIN!*** | **IMPORTANT CONTACT NUMBERS:** |
| *Frank Aldana* | |
| Your Protection Specialist | Claims: (877) 850-0443 |
| | Roadside: (877) 553-0531 |

--------------------------------------------------------------------------------

**We encourage you to store your new service agreement in your vehicle. This document contains important numbers needed in the event of a breakdown. We have also provided ID cards on the last page of this booklet with valuable information that can be used in the event of a breakdown.**

PLAINTIFF'S EXHIBIT
Number 5

| Omega Auto Care<br>Vehicle Service Agreement | **Powertrain Plus High Mileage** | |
|---|---|---|
| **AGREEMENT NUMBER**<br>AMR58389 | **AGREEMENT PLAN CODE** | **LIENHOLDER**<br>Ensurety Finance Services, LLC |

## DECLARATIONS

### AGREEMENT HOLDER INFORMATION

| NAME | Timothy Aguilar | PHONE | 1-832-689-7311 |
|---|---|---|---|
| ADDRESS | 2807 Randolph Rd | EMAIL | recoveryhouston81@gmail.com |
| CITY, STATE, ZIP | Pasadena, TX 77503 | | |

### SELLER ACCOUNT INFORMATION

| NAME | American Automotive Alliance | PHONE | (239) 444-7630 |
|---|---|---|---|
| ADDRESS | 4255 A1A S Suite 4 | EMAIL | |
| CITY, STATE, ZIP | St. Augustine, FL 32080 | | |

### COVERED VEHICLE INFORMATION

| VEHICLE IDENTIFICATION NUMBER (VIN) | VEHICLE ODOMETER MILEAGE |
|---|---|
| 2LMPJ8J93LBL05728 | 83,123 |

| YEAR | MAKE | MODEL |
|---|---|---|
| 2020 | LINCOLN | NAUTILUS |

| AGREEMENT PURCHASE DATE | AGREEMENT PURCHASE PRICE |
|---|---|
| 01/14/2026 | $3,604.00 |

### TERM OF AGREEMENT

| MONTHS: 48 | MILES: 48,000 |
|---|---|

### AGREEMENT PERIOD

Vehicle Plan expiration is measured in time/mileage from the Agreement Purchase Date and Odometer Mileage (at Agreement Purchase Date). All plans require a mandatory "Waiting Period" before Coverage takes effect. The "Waiting Period" = [30 days and 1,000 miles] from the Contract Purchase Date and Odometer Mileage at Agreement Purchase. [30 days and 1,000 miles] will be added to the term of Your Agreement.

### MANDATORY SURCHARGES

☐ Business Use Vehicles (if box not checked, no coverage applies)

### OPTIONAL COVERAGE SURCHARGE

### DEDUCTIBLE

$100.00:

I understand that the purchase of this Agreement is not required in order to purchase or obtain financing for this Vehicle and is subject to verification.

**Schedule your appointment online @ www.RepairPal.com/Omega**

EGVPTDEC1216

# PAYMENT PROCESSING NOTICE

**Payment Processing Provider:**

## Ensurety Finance Services, LLC
**PO Box 3918
Chesterfield, MO 63006-3918
(844) 242-2633
www.ensuretyfinance.com**