UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-01840 |
|---|---|---|---|

| TIMOTHY AGUILAR |
|---|
| *versus* |
| AMERICAN AUTOMOTIVE ALLIANCE, LLC; RONNIE MCGRAW |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Roy Taub<br>Greenspoon Marder LLP<br>200 E. Broward Blvd., Suite 1800<br>Ft. Lauderdale, FL 33301<br>(954)491-1120; roy.taub@gmlaw.com<br>Florida Bar No. 116263; New York Bar No. 4339354<br>U.S. District Court Southern District of Florida; Bar No. 116263 |
|---|---|

| Name of party applicant seeks to appear for: | AMERICAN AUTOMOTIVE ALLIANCE, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/7/26 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
                                     United States District Judge