United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY AGUILAR,<br>    Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-01840 |
| AMERICAN AUTOMOTIVE ALLIANCE<br>LLC, *et al.*,<br>    Defendants. | § § § § | |

## <u>ORDER</u>

Defendant American Automotive Alliance, LLC filed a voluntary bankruptcy petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas. (Dkt. 16). Accordingly, this case is **STAYED AND ADMINISTRATIVELY CLOSED** pending Defendant's bankruptcy proceedings. *See* 11 U.S.C. § 362(a)(1). All pending motions are **DENIED as MOOT** without prejudice to being re-urged after the stay is lifted.

The parties are **ORDERED** to notify the Court within seven days after the bankruptcy stay is lifted.

SIGNED at Houston, Texas on June 5, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE